No. 04–569. IN RE SHEMONSKY;
No. 04–572. IN RE SHEMONSKY; and

No. 04–610.  IN RE GRAVES.  Petitions for writs of mandamus denied.